IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP WAYNE TOMLIN,** | : |
| Petitioner, | : |
| vs. | :   CIVIL ACTION 09-0651-CG-M |
| **GRANTT CULLIVER,** | : |
| Respondent. | : |

### **ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this petition be **DENIED** and that this action be **DISMISSED**, without prejudice, so that Petitioner may pursue available state court remedies.

**DONE and ORDERED** this 3rd day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE