IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIP WAYNE TOMLIN,** | : |
| Petitioner, | : |
| vs. | :   CIVIL ACTION 09-0651-CG-M |
| **GRANTT CULLIVER,** | : |
| Respondent. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Grantt Culliver and against Petitioner Phillip Wayne Tomlin.

**DONE and ORDERED** this 3rd day of November, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE